IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

MINETTE THOMAS-DOTSON, on behalf of herself individually and all others similarly situated,

        Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.

        Defendant.

-------------------------------------------------------X

Case No.: 14-CV-4221

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

PURSUANT TO RULE 7.1 of the Federal Rules of Civil Procedure, and to enable the judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Convergent Outsourcing, Inc. ("Convergent"), in the above-captioned action certifies that there are no corporate parents, affiliates and/or subsidiaries of Convergent which are publicly held.

DATED:  July 25, 2014

THE SALVO LAW FIRM, P.C.

By:  /s/ Cindy D. Salvo_____
     CINDY D. SALVO

185 Fairfield Avenue, Suite 3C/3D
West Caldwell, New Jersey 07006
(973) 226-2220
(973) 900-8800 (fax)
csalvo@salvolawfirm.com

Attorneys for Defendant,
Convergent Outsourcing, Inc.